FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEHAILU SAMUEL FEYISSA,<br><br>Defendant. | 2:22-CR-46-TOR-1<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §1709<br>Theft of Mail by Officer or Employee |

The Grand Jury charges:

Beginning on or about April 17, 2020 and continuing through on or about October 13, 2021, in the Eastern District of Washington, the Defendant, BEHAILU SAMUEL FEYISSA, then being a United States Postal Service employee, did embezzle, steal, and remove gift cards from letters and mails which had come into the defendant's possession intended to be conveyed by mail and carried and

//

INDICTMENT – 1

delivered by any carrier, messenger, agent, or other person employed in a department of the Postal Service, in violation of 18 U.S.C. § 1709.

DATED this 19th day of April, 2022.

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Dan Fruchter_
Dan Fruchter
Assistant United States Attorney

INDICTMENT – 2