# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Feyissa, Behailu Samuel | Docket No. | 0980 2:22CR00046-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Behailu Samuel Feyissa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 10th day of May 2022, under the following conditions:

**Standard Condition of Release #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer. Defendant shall comply with all conditions of supervision imposed by other courts.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 20, 2022, the defendant's pretrial release conditions were reviewed with him. The defendant signed his conditions acknowledging an understanding of his conditions, including standard condition of release number 1.

**Violation #1:** Behailu Samuel Feyissa is alleged to be in violation of his pretrial release conditions by committing new law violations of Third Degree Driving While License Suspended (DWLS), in violation of Revised Code of Washington (RCW) 46.20.342.1C, and Operating a Vehicle Without Ignition Interlock, in violation of RCW 46.20.740.

According to the East Wenatchee Police Department (EWPD) narrative report for case number 3A0343956, the following occurred: On July 12, 2023, the Defendant was pulled over while driving a 2005 Lincoln Town Car. EWPD checked the defendant's driver's status and determined he was suspended/revoked third degree, and the defendant must have an ignition interlock device in his vehicle.

EWPD did not observe an ignition interlock device in the vehicle the defendant was driving and the defendant was issued a criminal citation for DWLS and operating a vehicle without an ignition interlock. The defendant has a mandatory court appearance in East Wenatchee Municipal Court on Wednesday, July 19, 2023.

On July 13, 2023, this officer spoke with the Defendant and he admitted to driving without a license and not having an ignition interlock in his vehicle. The Defendant reported he was moving his vehicle to a family member's house when he was pulled over. The Defendant made a commitment to attend his mandatory court appearance on July 19, 2023, and is working with the Washington State Department of Licensing to get his driver's license reinstated.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   July 17, 2023 |
| by | s/Phil Casey |
|  | Phil Casey<br>U.S. Pretrial Services Officer |

PS-8
**Re: Feyissa, Behailu Samuel**
**July 17, 2023**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_/s/ Thomas O. Rice_
Thomas O. Rice
United States District Judge
July 17, 2023
Date